UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,  :

    -against-  :  09 Cr. 442 (WHP)

YUSUF ABDUR-RAHMAN  :  ORDER

    Defendant.  :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    Yusuf Abdur-Rahman moves pro se to modify this Court's schedule of payments order, which, among other things, requires him to pay a lump sum of $400 immediately and "10% of his salary towards his order of restitution" if he "is engaged in a work program while in prison." According to his motion, Abdur-Rahman seeks a temporary waiver from this Court's Order and claims that the Order is ambiguous in that it does not distinguish between UNICOR and non-UNICOR employment. This Court's Order was not ambiguous. And Abdur-Rahman's contention otherwise is without merit.

    To the extent that Abdur-Rahman's argument may be construed as a material change in his economic circumstances pursuant to Title 18, Section 3664(k), that argument is also meritless. Accordingly, Abdur-Rahman's pro se motion is denied.

Because Abdur-Rahman has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. 28 U.S.C. § 2253(c). In addition, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438 (1962). The Clerk of Court is directed to terminate all pending motions, mark the case closed and enter judgment for the United States of America.

Dated: August 21, 2013
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Michael Lockard, Esq.
Rachel Kovner, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Yusuf Abdur-Rahman
USM #: 11420-171
P.O. Box 150160
Atlanta, GA 30315
*Defendant Pro Se*