

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2014

**BY HAND**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-14

Re:  **United States v. Yusuf Abdur Rahman,**
     **09 Cr. 442 (WHP)**

Dear Judge Pauley:

The Government submits this letter to respectfully request permission to file a response to the defendant's pro se post-conviction motions by May 16, 2014. The defendant has made a motion *in ad judicium provocare*, filed November 13, 2013 (docket entry 107),[1] and a motion for vacation of conviction, filed February 26, 2014 (docket entries 115 and 116). The Court previously ordered the Government to respond to the motion *in ad judicium provocare* by February 7, 2014. The undersigned Assistant United States Attorney apologizes to the Court for not timely filing a response. The case records have been requested from storage, and the Government respectfully requests until May 16, 2014, to file a response so that the case records can be retrieved from storage and an appropriate response to the motions prepared.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

Application Granted.

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
5-6-14

cc:  Yusuf Abdur Rahman
     Reg. No 11420-171
     Beckley FCI
     1600 Industrial Road
     Beaver, West Virginia 25813

---

[1] When the defendant moved *in judicium provocare*, his appeal was from his conviction pending. The Second Circuit dismissed the appeal and the mandate issued on February 6, 2014.